# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

ANTONIO P. VIDAL,
    **Petitioner,**

vs.

Alberto R. Gonzalez, Attorney General of the United
States, Michael Chertoff, Secretary of the Department
of Homeland Security (DHS), Robert Divine, Acting
Director, United States Citizenship Immigration
Services (USCIS), Andrea J. Quarantillo,  District
Director, USCIS, Miami, Florida,
    **Defendants.**

)
)
)
)
)
)
)
)
)
)
)
)
)

**CIV-HOEVELER**

**MAGISTRATE JUDGE
BROWN**

## Petition for Hearing on Naturalization Application
## Pursuant to 8 U.S.C. §1447(b)

  **COMES NOW ANTONIO P. VIDAL,** hereinafter the "Petitioner," in the above captioned case, by and through the undersigned counsel, and respectfully petitions this Honorable Court for a hearing on the Petitioner's naturalization application pursuant to Section 336(b) of the Immigration and Nationality Act, 8 U.S.C. §1447(b). In support of same suit, the Petitioner hereby submits the following.

  This is an action seeking expeditious adjudication of the Petitioner's naturalization application by this Honorable Court.

### Jurisdiction

  This Honorable Court possesses jurisdiction over this petition pursuant to 8 U.S.C. §1447(b).

### Venue

  Venue is proper in the United States District Court, Southern District of Florida for the petitioner is seeking adjudication of his naturalization application "in the United States District Court for the District in which the applicant resides." 8 U.S.C. §1447(b).

## The Parties

**Petitioner Antonio P. Vidal,**

The Petitioner is a naturalization applicant whose naturalization application the United States Citizenship and Immigration Services ("CIS") [1] has failed to adjudicate in an expeditious manner as intended by Congress and guaranteed to the Petitioner by statute and regulation.

**Defendant Alberto R. Gonzalez, Attorney General of the United States**

Attorney General Alberto R. Gonzalez, is charged with interpreting and enforcing the laws governing immigration and naturalization.

**Defendant Michael Chertoff, Secretary of the Department of Homeland Security**

Michael Chertoff, Secretary of the Department of Homeland Security, is charged with administering and enforcing the laws governing immigration and naturalization.

**Defendant Robert Divine, Acting Director, U.S. Citizenship Immigration Services**

Robert Divine is the Acting Director of the Bureau of Citizenship and Immigration Services for the Department of Homeland Security. Director Aguirre is in charge of overseeing the processing of naturalization applications as well as properly administering the laws relating to naturalization.

**Defendant Andrea J. Quarantillo, District Director, U.S. Citizenship Immigration Services, Miami, Florida**

Andrea J. Quarantillo is the District Director of the Miami District Office of the Department of Homeland Security.  She is sued in his official capacity based upon his responsibility to administer and enforce the laws relating to immigration and naturalization in the Miami, Florida district.

---

[1]  In March of 2003, Immigration and Naturalization Service, an agency of the United States Department of Justice, ceased to exist and was replaced by the Department of Homeland Security, United States Citizenship and Immigration Services ("USCIS").  The USCIS assumed the responsibilities of processing naturalization applications among other applications that may provide benefits to aliens.

### Exhaustion of Administrative Remedies

For the purposes of 8 U.S.C. §1447(b), the instant suit is properly filed since more than "120 days after the [initial] examination" have elapsed. See 8 U.S.C. § 1447(b) (2005).

Nevertheless, inquiries into the Petitioner's naturalization application have been made thereby allowing the USCIS sufficient time to issue a final determination upon the Petitioner's naturalization application.

### Underlying Facts and Procedural History of the Case

**Petitioner Antonio P. Vidal**

Antonio P. Vidal (Alien No. 28-929-557) is a fifty-seven (57) year old male native and citizen of Cuba who obtained lawful permanent resident status on December 1, 1990. Exhibit A.

On June 24, 2003, Mr. Vidal filed an INS Form N-400, Application for Naturalization, for which he was subsequently scheduled for an examination. Exhibit B

On June 8, 2004, Mr. Vidal attended his naturalization examination interview, and was informed that he had passed the English, U.S. History, and government tests. The Interview Results Sheet also Congratulated Mr. Vidal, informing him "[y]our application has been recommended for approval." The CIS failed to make a determination on Mr. Vidal's application at that time. Exhibit C.

On October 14, 2004, and on November 25, 2004, Mr. Vidal received from the CIS, responses to his inquiries as to the status of his application for Naturalization and was informed that his naturalization application was "[p]ending completion of security checks." Exhibit D.

On January 3, 2005, the White House, Special Assistant to the President, Heidi Marquez, submitted Mr. Vidal's inquiry to the Dept. of Homeland Security. The response indicated that "[o]ne of your security checks is pending clearance." Exhibit E.

On December 8, 2004, Congresswoman, Ileana Ros-Lehtinen made an inquiry on behalf of Mr. Vidal to the Federal Bureau of Investigation in order to expedite the clearance. Exhibit F.

On February 7, 2005, March 1, 2005, March 29, 2005, May 24, 2005, March 7, 2006, May 4, 2006, and May, 16, 2006, more inquiries and communications as to the status of Mr. Vidal's Application for Naturalization were made, all to no avail. Exhibit G.

Mr. Vidal is a journalist at WWFE, La Poderosa, in Miami, and as part of his job, he travels out of the country frequently. He successfully passed his naturalization exam on June 8, 2004, and not being a United States citizen makes his travel arrangements very difficult.

It has been almost two and a half years since Mr. Vidal passed his naturalization exam and moreover, Mr. Vidal lacks any derogatory whatsoever against his person that would adversely affect his statutory eligibility for naturalization.

Because Mr. Vidal, Congresswoman, Ros-Lehtinen, and even the White house's inquiries have failed to produce a decision upon his naturalization application "[b]efore the end of the 120-day period," Mr. Vidal petitions this Honorable Court to adjudicate his application for naturalization pursuant to 8 U.S.C. §1447(b).

### Argument and Memorandum of Law in Support of Petition for Review

USCIS has failed to issue a decision upon the Petitioner's naturalization application "before the end of the 120-day period." 8 U.S.C. §1447(b) (2005).

The Petitioner is therefore entitled to seek judicial review of his naturalization application in this Honorable Court.

8 U.S.C. §1447(b) titled "Request for hearing before district court" provides:

> If there is a failure to make a determination under section 1446 of this title before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter.

The "examination" referred to in section 1447(b) is the "first examination."

8 C.F.R. §336.1(a) (2005) provides:

> (a) After completing all examination procedures contained in part 335 of this chapter and determining to deny an application for naturalization, the Service shall serve a written notice of denial upon an applicant for naturalization no later than 120 days after the date of the applicant's *first examination* on the application. (emphasis added).

Regulation promulgated by the Attorney General mandates CIS employees to process the Petitioner's naturalization applications in an expeditious manner.

"Where the rights of individuals are affected, it is incumbent upon agencies to follow their own procedures." *Morton v. Ruiz*, 415 US 199, 235 (1974) *See also Accardi v. Saughnessy*, 347 U.S. 260 (1954); *Yellin v. U.S.*, 374 U.S. 109 (1963) (decisions of an agency made in

violation of its own procedures are reversible even in the absence of a due process violation since agencies must obey their own rules). [2]

The Petitioner possesses standing for the petitioner possesses a 'personal stake and [an] interest that imparts the concrete adverseness required by Article III'". *Petition of Cardines*, 366 F.Supp. 700, 709 (Dist.Ct. Guam1973); *citing Association of Data Processing Services v. Camp*, 397 U.S. 150, 152 (1970); *Barlow v. Collins*, 397 U.S.159, 164 (1970).

The Administrative Procedures Act also provides this Honorable Court with jurisdiction to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. §706(1). See 8 U.S.C. §1421(c) (2005) (review of naturalization application before district court to be in accordance with chapter 7 of title 5).

The enactment of 8 U.S.C. §1447(b) by Congress was to reduce the waiting time for naturalization applicants. See H.R. Rep. No. 101-187, at 8 (1989); 135 Cong. Rec.  H4539-02, H4542 (1989) (statement of Rep. Morrison).  See *United States v. Hovsepian*, 359 F.3d 1144, 1163 (9th Cir. 2004) (*en banc*).

It should also be noted that upon the filing of the instant petition for review, the CIS loses jurisdiction over the Petitioner's naturalization application. id. *Hovsepian* at 1163.

In *Hovsepian*, the applicant filed for judicial review under 8 U.S.C. § 1447(b) after the legacy INS failed to decide his application within 120 days of the initial examination. While the case was pending at the district court, the legacy INS denied the naturalization application.

The district court determined that the legacy INS no longer had jurisdiction over the case, and the court thus disregarded the legacy INS decision and instead proceeded to approve the naturalization application. On appeal by the legacy INS, the Ninth Circuit found that the district court was correct in asserting exclusive jurisdiction. In reaching this conclusion, the Ninth Circuit considered the plain language of § 1447(b), the larger statutory context, and Congress' policy objectives.

---

[2].       In reversing *Accardi* and *Yellin*, the Supreme Court relied on the rule of administrative law for INS's violations of their regulations rather than the due process clause. Petitioner may be granted relief solely on the basis of INS's violating their own regulations. *Gonzalez v. Reno*, 212 F.3d 1338 (11th Cir. 2000) (executive agencies must comply with the procedural requirements imposed by statute); *Cuesta v. U.S.*, 230 F.2d 704 (5th Cir. 1956) (INS regulations are binding and have effect of law); *Waldron v. INS*, 17 F.3d 511, 517-18 (2nd Cir. 1993) *cert. denied*, 513 U.S. 1014 (1994);   *Mendez v. INS*, 563 F.2d 956, 959 (9th Cir.1977);   *Montilla v. INS*, 926 F.2d 162, 167-70 (2nd Cir.1991); *and Chlomos v. U.S. D.O.J.*, 516 F.2d 310, 313-14 (3rd Cir.1977). *Suh v. INS*, 592 F.2d 230, 231 (5th Cir. 1979), *vacated on other grounds* 646 F.2d 909 (Fifth Circuit Court of Appeals does not look with favor upon INS's violating its own regulations).

8 U.S.C. §1447(b) (2005) provides in relevant part:

> [the district] court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter.

The Ninth Circuit Court of Appeals rejected CIS' argument that CIS retains concurrent jurisdiction over an application for naturalization once a petition for review has been filed.

The Ninth Circuit held that, once suit was filed under 8 U.S.C. §1447(b), the district court assumed *exclusive* jurisdiction over the naturalization application, and CIS lost the authority to decide the case. *id. Hovsepian.*

The sponsors of the legislation intended to give naturalization applicants the power to choose which forum would adjudicate their applications. As the representative who introduced the proposed statute on the House floor noted, "in this legislation, it is the applicant, not the government, who decides the place, setting, and timeframe in which the application will be processed." 135 Cong. Rec. H4539-02, H4542 (statement of Rep. Morrison) (emphasis added). id. *Hovsepian* at 1164.  Allowing the USCIS to continue to exercise jurisdiction over an application even after the naturalization applicant has elected to have the district court decide the application would frustrate the sponsors' intent. id.

In light of the statutory language, congressional intent is to allow the district court to adjudicate a naturalization application once a petition for review has been filed.

The Petitioner possesses all of the statutory prerequisites to be eligible for naturalization under Pub. L. 101-649. See 8 U.S.C. §1427 (2005).  However, due to the continued delay of the USCIS in adjudicating his application for naturalization, the Petitioner is being prevented from being admitted to citizenship (8 U.S.C. §1448(a) (2005) and therefore from enjoying the status of naturalized citizen of the United States.

## **SUMMARY**

CIS employees' failure to process the Petitioner's naturalization application in an expeditious manner runs contrary to congressional intent as contained in 8 U.S.C. §1447(b) and regulation promulgated by the Attorney General and therefore operates to procedurally bar the

Petitioner from being naturalized in an expedient manner especially when the Petitioner is statutorily eligible to do so.

Due to the continued delay of the CIS employees' to process the Petitioner's naturalization application in an expeditious manner consistent with statute and promulgated regulation, the Petitioner possesses standing and is entitled to have this Honorable Court decide the Petitioner's naturalization application *de novo* including any other remedy that this Honorable Court may deem as just and proper.

## CONCLUSION

**WHEREFORE**, for the foregoing reasons, the Petitioner respectfully requests that this Honorable Court GRANT the instant Petition for Hearing on the Petitioner's Naturalization Application; adjudicate the Petitioner's naturalization application including any other relief this Honorable Court may GRANT the Petitioner under the immigration laws of the United States of America; or, in the alternative, find on the record that the Petitioner is statutorily eligible to naturalize and therefore ORDER the Miami, Florida CIS Naturalization Office to favorably adjudicate the Petitioner's naturalization application and schedule the Petitioner for a naturalization ceremony as soon as may be practicable.

Respectfully submitted,

Eduardo Soto, Esq.  Florida bar #0858609
The Law Office of Eduardo Soto, P.A.
999 Ponce de Leon Blvd., Suite 940
Coral Gables, Florida 33134
Tel.: (305) 446-8686
Fax.: (305) 529-0445

11/17/06
Date

# "EXHIBIT    A"



PERMANENT RESIDENT CARD

NAME VIDAL, ANTONIO P

INS A# 028-929-557

Birthdate / Category
01/15/49    A56

Country of Birth
Cuba

CARD EXPIRES 09/23/13
Resident Since 12/01/90

Sex
M

C1USA028929557ZWAC022825408Z<<
4901150M1309238CUB<<<<<<<<<<<8
VIDAL<<ANTONIO<P<<<<<<<<<<<<<<

# "EXHIBIT    B"

U.S.
Immigration and Naturalization Service

**Notice of Action**

| Receipt | | | NOTICE DATE July 01, 2003 |
|---|---|---|---|
| **CASE TYPE** N400 Application For Naturalization | | | INS A# A 028 929 557 |
| **APPLICATION NUMBER** SSC*000610859 | **RECEIVED DATE** June 24, 2003 | **PRIORITY DATE** June 24, 2003 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
ANTONIO P VIDAL
2233 SW 7 ST
MIAMI FL 33135

PAYMENT INFORMATION:

Single Application Fee:            $310.00
Total Amount Received:         $310.00
Total Balance Due:                  $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:              January 15, 1949
Address Where You Live:   2233 SW 7 ST
                                   MIAMI FL 33135

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 730 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
P. O. BOX 851488
MESQUITE TX 78185-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

SSC$000585725

Form I-797C (Rev. 09/07/93) N

# "EXHIBIT    C"

**U.S. Department of Justice**
Immigration and Naturalization Service

**Naturalization Interview Results**

A#: _28929 JI7_

On _____, you were interviewed by INS Officer _____

☑ You passed the tests of English and U.S. history and government.

☐ You passed the test of U.S. history and government and the English language requirement was waived.

☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ / write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☐ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A)_____Congratulations! **Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B)_____**A decision cannot yet be made about your application.**

**It is very important that you:**
✓ Notify INS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652  (Rev. 03-31-00)Y

# "E X H I B I T    D "



**BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES**

U.S. Department of Homeland Security

Citizenship Center
77 SE 5 Street
Miami, FL  33131

ANTONIO VIDAL
2233 SW 7 STREET

MIAMI  FL  33135

---

## Citizenship Inquiry Response

Inquiry No.: 111736                    Researched by:  J. Monfiston

Applicant:  ANTONIO VIDAL

Alien Registration Number:  A28-929-557

Application:  N-400

Source of Inquiry:  MAIL

Requestor:  ANTONIO VIDAL

Date Inquiry Received:  October 14, 2004

Date of Response:  October 25, 2004

Response Via:  MAIL

Application Status:  Pending a Final Decision

The application is pending completion of security checks.  We regret the delay and ask for your patience until a final decision can be issued for this case.



**BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES**

U.S. Department of Homeland Security

Citizenship Center
77 SE 5 Street
Miami, FL  33131

ANTONIO VIDAL

## Citizenship Inquiry Response

Researched by:  H. Trujillo

Inquiry No.:  112372

Applicant:  ANTONIO VIDAL

Alien Registration Number:  A28-929-557

Application:  N-400

Source of Inquiry:  WALK-IN

Requestor:  ANTONIO VIDAL

Date Inquiry Received:  November 10, 2004

Date of Response:  November 10, 2004

Response Via:  IN PERSON

Application Status:  Pending a Final Decision

The application is pending completion of security checks.  We regret the delay and ask for your patience until a final decision can be issued for this case.

# "EXHIBIT    E"

THE WHITE HOUSE

WASHINGTON

January 3, 2005

Mr. Antonio P. Vidal
2233 Southwest Seventh Street
Miami, Florida 33135-3111

Dear Mr. Vidal:

On behalf of President George W. Bush, thank you for your letter.

The White House is sending your inquiry to the Department of Homeland Security. This agency has the expertise to address your concerns. They will respond directly to you, as promptly as possible.

The President sends his best wishes.

Sincerely,

Heidi Marquez
Special Assistant to the President
and Director of Presidential Correspondence

# "EXHIBIT F"

COMMITTEES:

INTERNATIONAL RELATIONS
GOVERNMENT REFORM

CHAIR:
SUBCOMMITTEE ON
MIDDLE EAST
AND CENTRAL ASIA

VICE CHAIR:
SUBCOMMITTEE ON
WESTERN HEMISPHERE

SUBCOMMITTEE ON
WELLNESS AND
HUMAN RIGHTS

PLEASE RESPOND TO:
☐ 2160 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-0918
(202) 225-3931
FAX: (202) 225-5620

☐ DISTRICT OFFICE:
9210 SUNSET DRIVE
SUITE 100
MIAMI, FL 33173
(305) 275-1800
FAX: (305) 275-1801

## Congress of the United States
## House of Representatives

### ILEANA ROS-LEHTINEN
18TH DISTRICT, FLORIDA

December 28, 2004

**In reply refer to: 2045117mg**

Mr. John E. Collingwood
Federal Bureau of Investigation
J. Edgar Hoover Building
Ninth and Pennsylvania Avenue, N.W.
Washington D.C. 20535

Dear Mr. Collingwood:

A constituent of my Congressional district, Mr. Antonio P. Vidal, has contacted my office regarding his wish to have your office expedite the clearance of his file in order to complete his naturalization case as soon as possible.

Mr. Vidal is a journalist at WWFE, La Poderosa, in Miami and as part of his job, he travels out of the country frequently, and not being a United States citizen makes his travel arrangements difficult. Mr. Vidal successfully passed his naturalization exam on June 8, 2004, but up to the present, he has not been informed of when he will be scheduled to complete his case. His alien registration number is 28-929-557.

Mr. Vidal respectfully requests that your office review his records and expedite his case if possible. He will appreciate all the help that you may provide in this matter.

Sincerely,

Ileana Ros-Lehtinen
Member of Congress

IRL:mg
cc:   Mr. Jack Bulger
      US-BCIS-Miami District Office

"EXHIBIT G"

*Office of Adjudications*

**U.S. Department of Homeland Security**
7880 Biscayne Boulevard
Miami, FL 33138

**U.S. Citizenship
and Immigration
Services**



Date: February 7, 2005

Antonio P. Vidal
2233 SW 7th Street
Miami, Florida 33135

A# 28 929 557

Dear Mr. Vidal

In regards to your naturalization case, a review of your service record indicates that one of your security checks is pending clearance. Security checks are monitored periodically; upon clearance you will be informed by mail and issued instructions on how to further proceed with your naturalization case.

Sincerely,

*[signature]*
for John M. Bulger
District Director

*Office of the Secretary*

U.S. Department of Homeland Security
Washington, DC 20528



# Homeland Security

March 1, 2005

Mr. Antonio P. Vidal
2233 SW 7th Street
Miami, Florida 33135

Dear Mr. Vidal:

On behalf of President Bush and the Department of Homeland Security (DHS) thank you for writing. Your letter was forwarded to the Department of Homeland Security, and we will be addressing your concerns.

The issues you raise are very important to us, and we are working to provide a written response.

Thank you for your patience in awaiting our response, and thank you again for writing.

Sincerely,

Debra Lavelle
Director External Correspondence
Office of the Executive Secretariat

re: WF190065
    WH430109

## Hernandez, Maggie

**From:** Rivera, Walter [Walter.Rivera1@dhs.gov]
**Sent:** Wednesday, March 02, 2005 12:56 PM
**To:** Hernandez, Maggie
**Subject:** Fwd:Antonio Vidal (A028 929 557)



Forward.txt

    Maggie -
Sorry, I wish I have something different to say. The case is pending
Security
Background clearance. Remember that we do not run Security checks on our
own
and we depend on third agencies. Thank You for following up so hard on this
case.


Walter Rivera, Congressional Liaison Officer
US Citizenship and Immigration Services
Miami Citizenship Office
/7 SE 5th St. 2nd Floor, Miami, FL. 33131
Tel  305-415-6496  **    fax  305-415-6534
Walter.Rivera1@DHS.gov

The Florida District at its best, proudly serving our community with
competence,
fairness, dignity and respect.

**Hernandez, Maggie**

**From:**
**Sent:** Tuesday, March 29, 2005 2:47 PM
**To:** Hernandez, Maggie
**Subject:** Antonio Vidal (A028 929 557)

Maggie -
Sorry, I wish I have something different to say. The case is pending Security
Background clearance. Remember that we do not run Security checks on our own
and we depend on third agencies. We will let him know by mail when his case is
ready.

(   For Congressional Use Only   )

US Citizenship and Immigration Services
Miami Citizenship Office



( NATZ INQUIRY )



# CUSTOMER SERVICE CENTER

## STATUS INQUIRY / RESOLUTION WORKSHEET

Date: 05/24/05   Inquiry received by: MVI

Alien Registration Number: A 28 929 557

Applicant's Name: ANTONIO P VIDAL

Address: 1527 SW 131 AVE      } new
         MIAMI, FL 33184        address

Telephone (H) 305 207 0571 (C)

Application N 400   Date Filed:

Location of File SP CUSA ROW SP 2nd fl 0071 pending IP clearance 071

* * * * * * * * * * * * * * * * * * * * * * Action to be taken * * * * * * * * * * * * * * * * *

Had interview 6/08/04 + passed test
has a change of address please update file
waiting for oath yet

* * * * * * * * * * * * * * * * * * * * * * Action taken * * * * * * * * * * * * * * * * * *

Resolved by:
Date:

MAY 2005 RECEIVED IMMIG. SVC. MIAMI, FLA.



**BUREAU OF
CITIZENSHIP AND
IMMIGRATION
SERVICES**

U.S. Department of Homeland Security

ANTONIO VIDAL
1527 SW 131 AVE

MIAMI  FL  33184

Citizenship Center
77 SE 5 Street
Miami, FL  33131

## Citizenship Inquiry Response

| | |
|---|---|
| **Inquiry No.:** | 121342 |
| **Applicant:** | ANTONIO VIDAL |
| **Alien Registration Number:** | A028-929-557 |
| **Application:** | N-400 |
| **Source of Inquiry:** | MAIL |
| **Requestor:** | ANTONIO VIDAL |
| **Date Inquiry Received:** | March 7, 2006 |
| **Date of Response:** | March 8, 2006 |
| **Response Via:** | MAIL |
| **Application Status:** | Pending a Final Decision |

**Researched by:**  H. Trujillo

The application is pending completion of security checks.   We regret the delay and ask for your patience until a final decision can be issued for this case.

Changing your address?  Call the  National Customer Service Center at 1-800-375-5283 Mon-Fri, 8am to 6pm
*Visit the Bureau of Citizenship and  Immigration Services Website: www.Immigration.gov*

**U.S. Department of Homeland Security**
7880 Biscayne Boulevard
Miami, FL 33138

*04-25-06*



U.S. Citizenship
and Immigration
Services

*Antonio P. Vidal
1527 S.W. 131 Ave.
Miami, Fl. 33184*

Conf #<u>MAIL 2006-2 *482*</u>
Re: *A 28 929 557
ANTONIO P. VIDAL*

Dear Sir/Madam:

**In reply to your letter/inquiry dated** *03-28-06* **see the appropriate response below marked "X":**

_____ This case is pending scheduling and will be scheduled based on the date of filing.  We are currently scheduling the oldest cases, which were filed prior to October 2003 and should be scheduled within the next 60 days.  Then, cases filed in 2004 will be scheduled and so on.  Your inquiry has been forwarded to the unit responsible for scheduling the case.

_____ This letter/inquiry has been forwarded to _____where this case is presently located for processing.  Please forward all future correspondence to that office regarding this case.  Please check see our website at www.uscis.gov for service center and office locations.

*X*   This case is pending background clearance and will be returned to regular adjudication processing once it has cleared.

_____ The case has been forwarded to the WSC (California Service Center).  They are assisting us (backlog reduction) in the processing of these applications.  Please wait 180 days from the receipt date of your application to the CSC before you inquire about this case.

_____ Other:

Sincerely,

Congressional Unit
Miami District Office

**www.dhs.gov**

MARIO DIAZ-BALART
25TH DISTRICT, FLORIDA

BUDGET COMMITTEE
TRANSPORTATION AND
INFRASTRUCTURE COMMITTEE

313 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-2778
FAX: (202) 226-0346

DISTRICT OFFICES:

12851 S.W. 42ND STREET
SUITE 131
MIAMI, FL 33175
(305) 225-6866
FAX: (305) 225-7432

4715 GOLDEN GATE PARKWAY
SUITE ONE
NAPLES, FL 34116
(239) 348-1620
FAX: (239) 348-3569

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0925

May 4, 2006

Mr. Antonio Vidal
1527 Southwest 131st Avenue
Miami, Florida 33184

Dear Mr. Vidal:

Your letter to the Honorable Lincoln Diaz-Balart was referred to my office as your Representative in Congress.

I will be glad to assist you with your immigration case; however, before my office can take any action we will need your signed authorization. For your convenience, I have enclosed an authorization form for you to complete and return to my Miami District Office. Please print and include a copy of any document you received from the immigration office and proof of current home address.

As soon as my office receives the signed form, we will be able to contact the appropriate officials on your behalf. If you have any questions, please feel free to contact my Assistant, Gladys Llanes at (305) 225-6866, who is handling this matter for me.

Sincerely,

Mario Diaz-Balart
Member of Congress

MDB:am



**U.S. Department of Justice**
**Immigration and Naturalization Service**
Citizenship Center
77 SE 5 Street
Miami, FL  33131

ANTONIO P VIDAL
1527 SW 131 AVE
MIAMI  FL  33184

## Naturalization Inquiry Response

Inquiry No.:  117492                     Researched by:  H. TRUJILLO

Applicant:  **ANTONIO P VIDAL**
Alien Registration Number:  **A02-892-9557**
Application:  **N-400**
Source of Inquiry:  **MAIL**
Requestor:  **ANTONIO P VIDAL**
Date Inquiry Received:  **April 20, 2006**
Date of Response:  **May 16, 2006**
Application Status:  **Pending a Final Decision**

The application is pending completion of security checks.   We regret the delay and ask for your patience until a final decision can be issued for this case.

JS 44   (Rev. 11/04)

# CIVIL COVER SHEET



The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| **I. (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| ANTONIO P. VIDAL | U.S. Attorney Gonzalez, USCIS Director Michael Chertoff, et al |

**(b)** County of Residence of First Listed Plaintiff   Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Dade
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Eduardo Soto, Esq.
999 Ponce De Leon Boulevard, Suite 940
Coral Gables, Florida 33134

Attorneys (If Known)

Office of the U.S. Attorney
99 N.E. 4th Street
Miami, Florida 33138

**CV-HOEVELER**

**MAGISTRATE JUDGE BROWN**

**(d)** Check County Where Action Arose:  ☒ DADE   ☐ MONROE   ☐ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE HIGHLANDS

*M19-06CV22833 Hoeveler/Brown*

| **II. BASIS OF JURISDICTION** (Place an "X" in One Box Only) | **III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) |
|---|---|

(For Diversity Cases Only)

| | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| ☒ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| | | Citizen or Subject of a Foreign Country ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | 26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

| **V. ORIGIN** (Place an "X" in One Box Only) | | | | | | | Appeal to District |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 | Judge from Magistrate Judgment |

**VI. CAUSE OF ACTION**

(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

8 U.S.C. Section 1447(b) – Naturalization Applicant entitled to judicial hearing on naturalization application.

LENGTH OF TRIAL via _1_ days estimated (for both sides to try entire case)

| **VII. REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND:  ☐ Yes  ☐ No |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instructions): | JUDGE | DOCKET NUMBER |
|---|---|---|---|

DATE   *11/17/06*

SIGNATURE OF ATTORNEY OF RECORD   *per Eduardo Soto*

**FOR OFFICE USE ONLY**

RECEIPT #  *41500/ba*   AMOUNT  *$350.00*   APPLYING IFP _____   *11/20/06*